**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 95-6159**

_____

KEVIN RAY SCHRUBB, SR.,

Petitioner - Appellant,

versus

EDWARD MURRAY, Director, Virginia Corrections,

Respondent - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Robert G. Doumar, District Judge. (CA-94-180-2)

_____

Submitted: December 14, 1995          Decided: January 2, 1996

_____

Before ERVIN, Chief Judge, and WIDENER and WILKINS, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Kevin Ray Schrubb, Sr., Appellant Pro Se. Susan Campbell Alexander, Assistant Attorney General, Richmond, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2254 (1988) petition. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of probable cause and dismiss the appeal on the reasoning of the district court. Schrubb v. Murray, No. CA-94-180-2 (E.D. Va. Dec. 29, 1994). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2